No. 83–5555.  ZYLSTRA v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 82–1069.  PEACOCK ET AL. v. UNITED STATES.  C. A. 5th Cir.  Motion of petitioner Harvey Coleman Peacock for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 82–1977.  WAINWRIGHT, DIRECTOR, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. v. GIARDINO.  C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 83–144.  VINZANT v. KING.  C. A. 1st Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.